MICHIGAN WISCONSIN PIPE LINE CO. *v.* CORPO-
RATION COMMISSION OF OKLAHOMA ET AL.

No. 86.   Decided January 27, 1958.*

*Coleman Hayes* and *Arthur R. Seder, Jr.* for appellant
in No. 86.

*Rayburn L. Foster, Harry D. Turner, R. M. Williams*
and *Cecil C. Hamilton* for appellant in Nos. 111, 112 and
113.

*Ferrill H. Rogers* for the Corporation Commission of
Oklahoma, appellee.

PER CURIAM.

The judgments are reversed.   *Cities Service Gas Co.* v.
*State Corporation Commission of Kansas,* 355 U. S. 391.

---

*Together with Nos. 111, 112 and 113, *Phillips Petroleum Co.* v.
*Corporation Commission of Oklahoma et al.,* also on appeals from
the same Court.